THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Lamar Graves, Appellant.
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2008-UP-562
 Submitted October 1, 2008  Filed October
10, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia, and Solicitor Harold W. Gowdy, III, of Spartanburg, for
 Respondent.
 
 
 

PER CURIAM:  Lamar Graves appeals his conviction of armed robbery
 and sentence of eighteen years.  Graves argues the trial court erred by
 admitting unreliable identifications into evidence.  After a thorough review of the record and counsels brief
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Gravess appeal
 and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
SHORT, THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.